9/20/20

Re: Civil Case 20-4718

Dear Judge Dickson,

I have been transferred to Hudson County Jail because of the retaliation ensuing at ECCF. I have been sending so much mail regarding this case that has not been going out of the building. I believe this facility may be in on the conspiracy and I am attempting to bypass the jails to alert you. Please arrange for court & mail though here if possible. I have written you from here already once alerting you of this if you did not recieve it then this jail is also censoring my mail.

Thank you,

R&B

Ross V. Brown, J48453
Hudson Co. DOC
35 Hackensack Ave.
Kenny, NJ 07032

ROSS BROWN

HARRISBURG PA   171

26 SEP 2020   PM 2   L

XRAYED

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 SEP 29  A 9 22

Judge Dickson
U.S.D.C. NJ
50 WALNUT ST.
NEWARK, NJ 07102

07102-355199