Ross Brown [illegible]
HCDOCR
35 Hackensack Ave.
Kearny, NJ 07032

Re: Civil Case: 204718

Motion to Ammend Complaint

Dear Judge Dickson,

Since being transferred to Hudson County, the retaliation against me has escalated dramatically. I have been labeled a racist & placed into a cell that has white supremacy hate writing on the walls & bunk, I've been given pictures of rats, & shown pictures of rats with bloody bullet wounds. The worst part is that my medication, food & water are tampered with drugs. I'm not sure exactly what chemical but it certainly is a stimulant, produces symptoms of heart attack, and I suspect is is a combination of "Truth Serum" and something else. I am put in a "created reality" inmates & officers are consistently attempting to lure me into criminal conduct, talk about things I am uninterested in, & coerce me into doing & saying things to be used against me. My own mother & Public Defender are working against me. No one will listen to me & I am in grave danger. both physically and mentally. All of my attempts to contact counsel are thwarted, and I am allowing them to make my credibility lessened by virtue of the fact that when I experience symptoms of heart pain, numbness, etc. I'm rushed to medical always to perform an EKG, it comes back clear & it seems I am only "Anxious". This is not mental, it is physical induced by ingesting chemicals I am unaware of. I am not told my charges, & a narrative is being created. Even if you cannot transfer me, I ask for an extension to ammend my complaint for it will be the only remedy available to me to fix my conditions of confinement. I have written requesting to drop a lawsuit in hopes I would be left alone, finally need help Thank you,

[signature]

KOSSIBROWN, 348453
HCDOCC
35 Hackensack AVE.
KEARNY, NJ 07032

DV DANIELS NJ 070
2 OCT 2020 PM 7 L

Hon. Judge Dickson, U.S. Magistrate
United States District Court of NJ
50 Walnut Street.
NEWARK, NJ 07102

07102-355559

XRAYED

2020 OCT -6 A 10 22
RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT

LEGAL MAIL - Privileged Content akaloa