United States District Court of NJ                        November 11, 2020

| Ross W. Brown |
| v. |
| CFG Health Systems, et. Al |

Civil Case No. 20-4718

Request for Termination

Dear Judge Dickson,

I greatly appreciate you granting me pro bono counsel. I have yet to speak with them however I have decided that I do indeed wish to terminate and close this matter. It's costs outweigh it's benefits.

Once again as of Nov. 11, 2020, I, Ross W Brown, request to close the above referenced matter.

Thank you,

RWB

Ross W. Brown

Ross W. Brown
35 Hackensack Ave.
Kearny, NJ 07032




Important Legal Documents

Magistrate Judge Dickson
United States District Court of NJ
MLK Jr. Federal Courthouse
50 WALNUT STREET.
NEWARK, NJ
07101